**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

                      Plaintiff,

     vs.                 CASE NO. 8:19-cr-310-MSS-SPF
                           December 18, 2023
                           Tampa, Florida
                           2:01 – 2:35 p.m.

NESTOR HUGO GOMEZ-GARCIA,

                     Defendant.
_____/


**TRANSCRIPT OF PLEA HEARING**
BEFORE THE HONORABLE SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

Proceedings transcribed via courtroom digital audio recording by transcriptionist using computer-aided transcription.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**APPEARANCES:**


For the Government:        DANIEL BAEZA, ESQ.
                          Assistant U.S. Attorney
                          400 N. Tampa Street, Suite 3200
                          Tampa, Florida 33602
                          813/274-6000


For the Defendant:        DANIEL MARIO HERNANDEZ, ESQ.
                          Daniel M. Hernandez, P.A.
                          P.O. Box 173165
                          Tampa, Florida 33672
                          813/875-9694

                          OSCAR ARROYAVE, ESQ.
                          Law Office of Oscar Arroyave, PA
                          2600 S Douglas Road, Suite 1004
                          Coral Gables, Florida 33134
                          305/444-0022


Interpreter:              Gabriela Loncar

Court Reporter:           Howard W. Jones, RDR, RMR, FCRR
                          801 N. Florida Avenue, Suite 13B
                          Tampa, Florida 33602
                          813/301-6158



                    *  *  *  *  *  *  *  *  *  *


                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION

**P R O C E E D I N G S**

**(Court called to order.)**

THE COURT:  Good afternoon, everyone.

Mr. Calderon, would you please call the case.

THE DEPUTY CLERK:  Matter of United States of America vs. Nestor Hugo Gomez-Garcia, Criminal Case No. 8:19-cr-310-MSS-SPF.

THE COURT:  Counsel, please make appearances.

MR. BAEZA:  Good afternoon, Your Honor.  Dan Baeza for the United States.

THE COURT:  Okay.

MR. HERNANDEZ:  Good afternoon, Your Honor.  Daniel Hernandez on behalf of the defendant.

MR. ARROYAVE:  Your Honor, good afternoon.  Oscar Arroyave on behalf of the defendant as well.

THE COURT:  Good afternoon to both of you.

And good afternoon to you, Mr. Gomez-Garcia.

THE DEFENDANT:  Good afternoon.

THE COURT:  Okay.  Mr. Calderon, would you please administer the oath to the interpreter.

THE DEPUTY CLERK:  Would you please stand and raise your right hand.

(Interpreter sworn by the Deputy Clerk.)

THE INTERPERTER:  I do.

THE DEPUTY CLERK:  Please state your name.

THE INTERPERTER: Gabriela Loncar, L-o-n-c-a-r.

THE DEPUTY CLERK: Thank you.

THE COURT: Thank you for being here, Ms. Loncar.

THE INTERPERTER: Yes, sir.

THE COURT: All right. Mr. Gomez-Garcia, it's my understanding that you are here today because you intend to plead guilty to Count One of the indictment pursuant to a plea agreement.

Is that what you intend to do, sir?

THE DEFENDANT: Yes, Your Honor.

THE COURT: All right. Mr. Gomez-Garcia, are you able to hear the interpreter in your headset?

THE DEFENDANT: Yes, Your Honor.

THE COURT: All right, sir. Now, it's your right to plead guilty to this charge, but before the Court can accept your guilty plea I must find that you're doing so knowingly, freely, and voluntarily, and that there's a factual basis for your plea.

Now, in order for me to make that determination, I'm going to have to ask you some questions here this afternoon and I'm going to require that you answer those questions under oath.

Do you understand?

THE DEFENDANT: Yes, Your Honor.

THE COURT: And, Mr. Gomez-Garcia, it is very

important that you understand everything that we discuss here today. So if there's anything that I say that you do not understand, please let me know and I will explain it to you.

You may also speak to your attorneys, who are seated next to you, at any time during this hearing. And if you'd like to speak with them in private, just let me know and we'll take a break and I'll give you that opportunity.

Do you understand?

THE DEFENDANT: I understand.

THE COURT: All right. Thank you, sir.

At this time I'm going to ask Mr. Calderon to please administer the oath to the defendant.

THE DEPUTY CLERK: Mr. Garcia, please stand and raise your right hand.

THE DEFENDANT: (Complies.)

(Defendant sworn by the Deputy Clerk.)

THE DEFENDANT: I do swear.

THE DEPUTY CLERK: Please state your name for the record.

THE DEFENDANT: Nestor Hugo Gomez-Garcia.

THE DEPUTY CLERK: Thank you, sir. You may be seated.

THE DEFENDANT: (Complies.)

THE COURT: Mr. Gomez-Garcia, you've just taken

the oath to tell the truth.  If you do not tell the truth or you leave anything important out, anything you say can be used against you in a separate prosecution for perjury or for making a false statement.

Do you understand?

THE DEFENDANT:  I understand, Your Honor.

THE COURT:  In addition, any statements that you make may be used against you in any proceeding if you challenge the taking of the plea, the judgment, the conviction, or the sentence.

Do you understand?

THE DEFENDANT:  I understand, Your Honor.

THE COURT:  All right, sir.  I'm going to begin by asking you some questions to determine your competency.

How old are you, sir?

THE DEFENDANT:  Thirty-eight.

THE COURT:  And how far did you go in school?

THE DEFENDANT:  Ninth in high school.

THE COURT:  Can you read and understand English, sir?

THE DEFENDANT:  No, Your Honor, not English.

THE COURT:  All right.  Do you understand Spanish?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Is Spanish your primary language?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Do you understand the Spanish as spoken by the interpreter here today?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  All right, sir.  As you sit here today, are you under the influence of any drugs, alcohol, or medication?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Have you ever been treated for or suffered from any mental or emotional disease?

THE DEFENDANT:  No, Your Honor.

THE COURT:  To the best of your knowledge, are you currently suffering from any mental or emotional disease?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Sir, do you clearly understand where you are, what you're doing, and (inaudible) to this proceeding?

THE DEFENDANT:  Yes, I do understand, Your Honor.

THE COURT:  All right.  Mr. Hernandez, are you taking the lead in this hearing, sir?

MR. HERNANDEZ:  Your Honor, I have no questions about his --

THE COURT:  I'm sorry, I'll ask that in a second. I'm just asking which one of the attorneys is taking the lead in this hearing, should I address the questions to.

MR. HERNANDEZ:  Okay.  I'll do it.

THE COURT: All right. Mr. Hernandez, do you have any concerns regarding your client's competency?

MR. HERNANDEZ: Not at all, Your Honor.

THE COURT: Have you been able to effectively communicate with your client?

MR. HERNANDEZ: Absolutely, Your Honor.

THE COURT: And has he been able to assist in his own defense?

MR. HERNANDEZ: Yes, sir, he has.

THE COURT: All right. Thank you, sir.

Mr. Baeza, are there any other questions the government would like for me to ask the defendant regarding his competency?

MR. BAEZA: No, Your Honor.

THE COURT: All right. The Court finds Mr. Gomez-Garcia competent and will continue.

Mr. Gomez-Garcia, I'm a United States Magistrate Judge. Your case is assigned to United States District Judge Mary Scriven.

Now, a Magistrate Judge is a Judge of lesser authority. You have the right to have your guilty plea taken by the District Judge or you can consent to have your guilty plea taken by me here this afternoon.

Now, if you consent to have your guilty plea taken by me, it will still be the District Judge who decides

whether to accept your plea and if she accepts your plea, she will be the one who imposes your sentence.  I will not be the Judge who sentences you.

Now, I have with me on the bench a consent form that appears to be signed by both you and your attorney indicating that you wish to consent to have your guilty plea taken by me.

Is that what you would like to do, sir?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Sir, did you make that decision after consulting with your attorneys?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Sir, did anyone force, threaten, coerce, or intimidate you regarding your decision to consent to me?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Sir, I find that your waiver and consent are made knowingly, freely, and voluntarily and, therefore, I will continue.

Mr. Gomez-Garcia, have you had the opportunity to review all the facts and evidence in this case with your attorneys?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Have you discussed with your attorneys all your options, including your option to take your case to

trial?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Have your attorneys done everything that you've asked them to do?

THE DEFENDANT:  Would you repeat that, please?

THE COURT:  Sure.  Have your attorneys done everything you've asked them to do?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Sir, are you fully satisfied with the advice and representation that you've received from your attorneys?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  All right.  Mr. Gomez-Garcia, I'm now going to go over the rights you have to make sure that you're making an informed decision, so please listen carefully.

You have the right to have the assistance of an attorney at trial and at every stage of these criminal proceedings whether or not you can afford one.  Now, this right continues whether you plead guilty or not guilty.

You have the right to plead not guilty, as you've previously done, and to continue with that plea.  Now, if you continue with your plea of not guilty, you have the following rights under the Constitution and laws of the United States:

11

You have the right to a speed and public trial and to be tried by a jury of 12 people.  And if you're tried by a jury, all 12 jurors must unanimously agree on your guilt before you can be convicted.

You are presumed innocent and before you can be found guilty, the burden of proof is on the United States to prove your guilt by competent and sufficient evidence beyond a reasonable doubt.  You do not have to prove that you are innocent.

Now, at trial witnesses of the United States must come into the courtroom and testify in front of you.  You have the right to confront those witnesses; that is, to see, hear, question, and cross-examine them.

You also have the right to present your own evidence and to present your own witnesses.  If your witnesses will not come voluntarily, the Court could issue orders to make them come, to compel their attendance.

You also have the right to choose whether to testify at your trial.  Now, the choice to testify would be entirely up to you.  And you choose not to testify, that decision cannot be held against you.

Now do you understand these rights, sir?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  Now, sir, if you plead guilty to Count One, you will waive and give up the trial rights I

just told you about.  There will be no trial.  And on your guilty plea, the District Judge will find you guilty and convict you.

Now, a plea of guilty admits the truth of the charge in Count One of the indictment.  A plea of not guilty denies that charge.

Do you understand the difference between pleading guilty and not guilty?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  Now, by pleading guilty you waive and give up your right to trial, to confrontation and cross-examination of government witnesses, and to the compulsory process for attendance of defense witnesses at trial.

By pleading guilty you also waive and give up your right to challenge the way in which the government obtained any evidence, statement, or confession.

In addition, by pleading guilty you may lose the right to challenge on appeal any rulings which the Court has made in your case.

Because there will be no trial, the next proceeding would be your sentencing.

Now, do you fully understand your rights and the rights you'd be giving up by pleading guilty?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  Now, sir, by pleading guilty to this

felony you may lose certain civil rights, such as the right to vote, to hold public office, to serve on juries, and own or possess firearms.

A felony conviction may also prevent you from obtaining or keeping certain occupational licenses.

And because the offense to which you are pleading guilty is a drug crime, you may also lose the right to participate in certain Federal benefit programs.

Now, if convicted, a defendant who is not a United States citizen may be removed from the United States, denied citizenship, and denied admission to the United States in the future.

Sir, do you fully understand the consequences of pleading guilty?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  Now, Mr. Gomez-Garcia, do you have any questions about anything we've gone over so far?

THE DEFENDANT:  No, Your Honor.

THE COURT:  All right.  So I'm now going to go over the charge to which you will be pleading guilty.

Now, according to your plea agreement, you'll be entering a guilty plea as to Count One of the indictment.

Now, Count One charges you with conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine while onboard a vessel subject

14

to the jurisdiction of the United States, in violation of 46 U.S.C. Sections 70503(a) and 70506(a) and (b), and 21 U.S.C. Section 960(b)(1)(B)(ii).

Now, the elements of that offense which the government must prove beyond a reasonable doubt are as follows:

First, that two or more people in some way agreed to accomplish a shared and unlawful plan as charged in the indictment;

Second, the defendant knew the unlawful purpose of the plan and willfully joined in it; and,

Third, the object of the unlawful plan was to distribute and possess with intent to distribute five kilograms or more of cocaine on a vessel subject to the jurisdiction of the United States.

Although not an element of the offense charged in Count One, the government has the burden of establishing that the subject vessel was subject to the jurisdiction of the United States.

Now, whether a vessel is subject to the jurisdiction of the United States is a preliminary question of law to be determined by the trial Judge rather than an element of the offense submitted to the jury.

Mr. Baeza, did I accurately state the elements of Count One?

15

MR. BAEZA:  Yes, Your Honor.

THE COURT:  Mr. Hernandez?

MR. HERNANDEZ:  Yes, sir.

THE COURT:  Mr. Gomez-Garcia, do you understand what you've been charged with in Count One, sir?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  And do you understand the elements of that offense, sir?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  All right, sir.  I'm now going to go over the penalties that you face.

Now, according to your plea agreement, Count One is punishable by a mandatory minimum term of imprisonment of ten years up to life imprisonment, a fine of up to $10 million, a term of supervised release of at least five years up to life, and a special assessment of $100.

Now, with respect to certain offenses, the Court shall order the defendant to make restitution to any victims of the offense.  And with respect to other offenses, the Court may order the defendant to make restitution to any victims of the offense or to the community as set forth in your plea agreement.

Now, sir, a minimum sentence of ten years imprisonment and a maximum sentence of life imprisonment may be imposed because of the following facts that will be

admitted by you and established by your plea of guilty. Those facts are as follows:

That you conspired to distribute and possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine on a vessel subject to the jurisdiction of the United States.

Mr. Baeza, did I accurately state the penalties?

MR. BAEZA:  Yes, Your Honor.

THE COURT:  Mr. Hernandez?  Mr. Hernandez?

MR. HERNANDEZ:  Yes, sir.

THE COURT:  Did I accurately state the penalties, sir?

MR. HERNANDEZ:  Yes, Your Honor.

THE COURT:  Now, Mr. Gomez-Garcia, do you understand the penalties that you face, sir?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  All right, sir.  I'm going to take a moment to explain to you supervised release, which will be part of your sentence.

After you serve a term of imprisonment, the Court will place you on a term of supervised release, which would include certain restrictions on your behavior.  Now, if you violate any of those restrictions while on supervised release, the Court, after conducting a hearing, could revoke your supervised release and sentence you to an additional

term if imprisonment.

Do you understand?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  Now, sir, do you have any questions about anything we've gone over so far?

THE DEFENDANT:  No, Your Honor.

THE COURT:  All right.  Mr. Gomez-Garcia, I'm now going to go over the sentencing process with you.

Now, the United States Sentencing Guidelines apply to your case and I want to make sure you understand how the sentencing process works.

Now, in determining your sentence, the District Judge must calculate the applicable Sentencing Guideline range.  Now, the District Judge will make this determination after the United States Probation Office has prepared the Presentence Investigation Report.

Now, the purpose of this report, known as the PSR, is to assist the sentencing Judge in deciding what sentence to give you.  It will advise the Judge about the facts of your case and what advisory Sentencing Guidelines apply to you, and provide some personal information about you, including whether you have a criminal history.

Now, before the District Judge sees this report, you will have an opportunity to review it with your attorneys.  If you or your attorneys disagree with anything

18

in the report, you can ask the Probation Officer to change the report.  Now, if the Probation Officer refuses to change the report, your attorneys can take your objections to the District Judge.

And just as you have the right to object to what's in the report, so does the prosecution.

Do you understand?

THE DEFENDANT:  Yes, I do, Your Honor.

THE COURT:  Now, in determining your sentence the District Judge must consider that range and any possible departures under the Sentencing Guidelines and the factors listed at 18 U.S.C. Section 3553(a).

Now, the District Judge is not bound by the guideline range.  She has the authority to impose a sentence that is more severe or less severe than the Guidelines recommend.  She has the authority to impose any sentence up to the maximum allowed by law.

Now, the United States may appeal a sentence that the District Judge imposes.  That means the United States may ask a higher court, the Court of Appeals, to reverse a sentence that they believe is too low or based on Sentencing Guidelines miscalculation.

Now, the sentence the District Judge imposes might be different from any estimated sentence that your attorneys or anyone else may have given you.  It might be higher than

19

you expect.  And if that happens, you will still be bound by your guilty plea and will not have the right to withdraw it.

Do you understand?

THE DEFENDANT:  Yes, I do, Your Honor.

THE COURT:  All right, sir.  I'm now going to go over your plea agreement with you.

Do you have a copy of your plea agreement with you here today, sir?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Sir, are those your initials that appear at the bottom of each page of your plea agreement?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Sir, is that your signature that appears on the last page?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Now, sir, this plea agreement is written in English.  Did anybody read it to you in Spanish before you signed it?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  And, sir, did you have the --

MR. HERNANDEZ:  Your Honor, I just want to state for the record that we not only translated for him verbally, we also provided him with a Spanish copy.  So he's had the benefit of both.

THE COURT:  Thank you, Mr. Hernandez.

20

Mr. Gomez-Garcia, is that correct, not only was it read to you in Spanish, but you were also provided a copy that was translated into Spanish?

THE DEFENDANT: Yes, Your Honor.

THE COURT: And, sir, did you have the opportunity to review this plea agreement with your attorneys before you signed it?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Did your attorneys answer any questions that you had regarding this plea agreement before you signed it?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Sir, do you fully understand every word on every page of this plea agreement?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Are you willing to be bound by the entire agreement?

THE DEFENDANT: Yes, Your Honor.

THE COURT: All right, sir. I'm now going to go over certain parts or sections of the plea agreement with you. If there's any part or section that I do not go over here today that you either have a question about or you'd like for me to explain to you, please let me know and I'd be happy to do so.

Do you understand?

21

THE DEFENDANT:  Yes, I understand Your Honor.

THE COURT:  All right, sir.  I'm going to begin by addressing the obstruction of justice provision, which can be found on page four, paragraph six.

Now, here the parties stipulate and agree that the two-level enhancement for obstruction of justice shall be considered relevant conduct in a determination of defendant's applicable guideline range.

Next I'm going to address acceptance of responsibility, which can be found on the next page, page five, in paragraph nine.

Now, in that paragraph the United States agrees to recommend that you receive a two-level downward adjustment to your Guidelines offense level if it doesn't later receive any adverse information indicating that such a recommendation is unwarranted.

The United States also agrees to consider moving for another one-level downward adjustment to your Guidelines offense level, but explains that that decision to file such a motion rests solely with the United States Attorney and you agree that you will not challenge that decision.

Do you understand?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  All right, sir.  Next I'm going to address substantial assistance, which can be found on page

five at paragraph ten.

Now, in that paragraph the United States agrees to consider moving for a downward adjustment to your Guidelines offense level or the statutory minimum to account for assistance you provide that the United States deems substantial.  But the United States reserves its discretion to decide what constitutes substantial assistance and whether or file such a motion and you agree that you will not challenge those decisions.

Do you understand?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  Mr. Gomez-Garcia, I want to emphasize to you, sir, that the District Judge is not bound by any of the sentencing recommendations that either your attorneys or the United States make and if she does not accept a recommendation, you will still be bound by your guilty plea and will not have the right to withdraw it.

Do you understand?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  Next I'm going to address forfeiture of assets, which can be found on page nine, paragraph 13.

Now, here you agree to forfeit to the United States immediately and voluntarily any and all assets and property or portions thereof that are subject to forfeiture.

Next I'm going to address restitution, which can

be found on page 12 at paragraph B1.

Here you agree to make restitution to any victims of the offense.

And next I'm going to address your sentence appeal waiver, which can be found on page 15 at paragraph seven.

Now, here you agree that the Court has jurisdiction and can sentence you up to the statutory maximum.

Now, ordinarily a defendant convicted of an offense can appeal his sentence on any ground, including that the District Judge made a mistake when calculating the applicable Sentencing Guidelines range.

Now, here you are waiving your right to appeal your sentence on any ground, except for the following four narrow exceptions:

First, you can appeal your sentence if it exceeds the guideline range that the District Judge determines;

Second, you can appeal your sentence if it exceeds the statutory maximum;

Third, you can appeal your sentence if it violates the Eighth Amendment to the United States Constitution; and,

Fourth, you can appeal your sentence if the government appeals.

Now, do you understand what you're giving up here, sir?

24

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  Now, are you making this waiver freely and voluntarily?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Now, sir, your plea agreement involves an agreement to dismiss the charge in Count Two of the indictment and an agreement not to pursue other charges.

Now, the District Judge can only accept a plea agreement that involves a dismissal of some charges or an agreement not to pursue other charges.  If the District Judge finds that the remaining charge to which you plead guilty adequately reflects the seriousness of your actual offense behavior, that by accepting the agreement, it will not undermine the statutory purpose of sentencing.

Now, in a moment we're going to go over the factual basis for your plea, but before I do so, let me ask the prosecutor.

Mr. Baeza, are there any other parts or sections of the plea agreement that you would like me to go over with the defendant?

MR. BAEZA:  No, Your Honor.

THE COURT:  Mr. Hernandez, are there any other parts or sections of the plea agreement that you would like for me to go over with your client?

MR. HERNANDEZ:  No, sir.

THE COURT: All right. Mr. Gomez-Garcia, would you please turn to page 18 of your plea agreement? And beginning on page 18 and continuing on to page 19, 20, 21, and 22, it sets forth the facts which the government believes it would prove beyond a reasonable doubt should your case proceed to trial.

Now, those facts have previously been read to you in Spanish; is that correct?

THE DEFENDANT: Yes, Your Honor.

THE COURT: And those facts were also transcribed into Spanish for you; is that correct?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Now, sir, in a moment I'm going to ask you whether those facts are true. Before I ask you that question, would you like for me to have those facts read to you one more time?

THE DEFENDANT: No, Your Honor.

THE COURT: All right, sir. Are the facts as set forth on pages 18 through 22 of your plea agreement, are they true, sir?

THE DEFENDANT: Yes, Your Honor.

THE COURT: All right. The Court finds there is a factual basis for your plea and will continue.

Now, Mr. Gomez-Garcia, do you fully understand everything that we've discussed up to this point, including

your rights, the rights you'd be giving up by pleading guilty, the charge against you, the potential penalties, the potential consequences, the Sentencing Guidelines, and your plea agreement, sir?

THE DEFENDANT:  Yes, I understand, Your Honor.

THE COURT:  All right, sir.  Do you have any questions for the Court before I take your plea?

THE DEFENDANT:  No, Your Honor.

THE COURT:  All right.  Mr. Gomez-Garcia, with respect to Count One of the indictment, how do you plead, guilty or not guilty?

THE DEFENDANT:  Guilty, Your Honor.

THE COURT:  Sir, are you pleading guilty freely and voluntarily?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Are you pleading guilty because you are in fact guilty?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Did anyone force, threaten, coerce, or intimidate you regarding your decision to plead guilty?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Sir, were there any other promises or assurances of any kind that were given to you other than those that are in your plea agreement?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Mr. Baeza, are you aware of any other promises or assurances given to the defendant?

MR. BAEZA:  No, Your Honor.

THE COURT:  Mr. Baeza, is the government satisfied with the colloquy?

MR. BAEZA:  It is, Your Honor.

THE COURT:  Thank you.

Mr. Hernandez, are you aware of any other promises or assurances given to your client?

MR. HERNANDEZ:  No, Your Honor.

THE COURT:  And is the defense satisfied with the colloquy?

MR. HERNANDEZ:  Yes, sir.

THE COURT:  Thank you, sir.

All right.  Mr. Gomez-Garcia, it is the finding of the Court in this case that you are fully competent and capable of entering an informed plea, that you're aware of the nature of the charge and the consequences of your plea, and that your plea of guilty is knowing and voluntary and supported by an independent basis in fact which satisfies each of the essential elements of the offense.

In my report to the District Judge I would, therefore, recommend that your plea of guilty be accepted, that you be adjudged guilty, and that your sentence be imposed accordingly.

Is there anything further for the Court to take up at this time, Mr. Baeza?

MR. BAEZA:  No, Your Honor.

THE COURT:  Mr. Hernandez?

MR. HERNANDEZ:  No, Your Honor.

THE COURT:  All right.  Thank you.

And thank you, Mr. Gomez-Garcia.

We're adjourned.

(Proceedings concluded.)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES DISTRICT COURT )
                              )
MIDDLE DISTRICT OF FLORIDA    )


## REPORTER TRANSCRIPT CERTIFICATE

     I, Howard W. Jones, Official Court Reporter for the United States District Court, Middle District of Florida, certify, pursuant to *Section 753, Title 28, United States Code*, that the foregoing is a true and correct transcription of the stenographic notes taken by the undersigned in the above-entitled matter (Pages 1 through 28 inclusive) and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States of America.


                              /s  *Howard W. Jones*
                              _____
                              Howard W. Jones, RPR, FCRR
                              Official Court Reporter
                              United States District Court
                              Middle District of Florida
                              Tampa Division
                              Date:  6/27/2025

MR. ARROYAVE: [1]  3/14
MR. BAEZA: [8]  3/9 8/14 15/1 16/8 24/21 27/3 27/6 28/3
MR. HERNANDEZ: [14]  3/12 7/20 7/25 8/3 8/6 8/9 15/3 16/10 16/13 19/21 24/25 27/10 27/13 28/5
THE COURT: [90]

THE DEFENDANT: [67]
THE DEPUTY CLERK: [7]  3/5 3/21 3/25 4/2 5/14 5/19 5/22
THE INTERPERTER: [3]  3/24 4/1 4/4

**$**

$10 [1]  15/15
$10 million [1]  15/15

$100 [1]  15/16

**/**

/s [1]  29/10

**0**

0022 [1]  2/11

**1**

1004 [1]  2/10
12 [3]  11/2 11/3 23/1
13 [1]  22/21
13B [1]  2/14
15 [1]  23/5
173165 [1]  2/7
18 [5]  1/5 18/12 25/2 25/3 25/19
19 [1]  25/3

**2**

20 [1]  25/3
2023 [1]  1/5
2025 [1]  29/13
21 [1]  25/3
21 U.S.C [1]  14/3
22 [2]  25/4 25/19
2600 [1]  2/10
28 [2]  29/5 29/7
2:01 [1]  1/6
2:35 [1]  1/6

**3**

305/444-0022 [1]

2/11

3200 [1]  2/3
33134 [1]  2/10
33602 [2]  2/4 2/15
33672 [1]  2/7
3553 [1]  18/12

**4**

400 [1]  2/3
46 U.S.C [1]  14/2

**6**

6/27/2025 [1]  29/13
6000 [1]  2/4
6158 [1]  2/15

**7**

70503 [1]  14/2
70506 [1]  14/2
753 [1]  29/5

**8**

801 [1]  2/14
813/274-6000 [1]  2/4
813/301-6158 [1]  2/15
813/875-9694 [1]  2/8
8:19-cr-310-MSS-SPF [1]  1/5

**9**

960 [1]  14/3

**9**

9694 [1]  2/8

**A**

able [3]  4/12 8/4 8/7
about [7]  7/21 12/1 13/17 17/5 17/19 17/21 20/22
above [1]  29/7
above-entitled [1]  29/7
Absolutely [1]  8/6
accept [4]  4/16 9/1 22/15 24/8
acceptance [1]  21/9
accepted [1]  27/23
accepting [1]  24/13
accepts [1]  9/1
accomplish [1]  14/8
according [2]  13/21 15/12
accordingly [1]  27/25
account [1]  22/4
accurately [3]  14/24 16/7 16/11
actual [1]  24/12
addition [2]  6/7 12/17
additional [1]  16/25

address [6]  7/24 21/9 21/25 22/20 22/25 23/4
addressing [1]  21/3
adequately [1]  24/12
adjourned [1]  28/8
adjudged [1]  27/24
adjustment [3]  21/13 21/18 22/3
administer [2]  3/20 5/13
admission [1]  13/11
admits [1]  12/4
admitted [1]  16/1
adverse [1]  21/15
advice [1]  10/10
advise [1]  17/19
advisory [1]  17/20
afford [1]  10/19
after [4]  9/10 16/20 16/24 17/15
afternoon [9]  3/3 3/9 3/12 3/14 3/16 3/17 3/18 4/21 8/23
against [4]  6/3 6/8 11/21 26/2
agree [7]  11/3 21/5 21/21 22/8 22/22 23/2 23/6
agreed [1]  14/7
agreement [25]  4/8

13/21 15/12 15/22 19/6 19/7 19/11 19/16 20/6 20/10 20/14 20/17 20/20 24/5 24/6 24/7 24/9 24/10 24/13 24/19 24/23 25/2 25/19 26/4 26/24
agrees [3]  21/12 21/17 22/2
aided [1]  1/24
alcohol [1]  7/5
all [32]
allowed [1]  18/17
also [10]  5/5 11/14 11/18 12/14 13/4 13/7 19/23 20/2 21/17 25/10
Although [1]  14/16
Amendment [1] 23/21
AMERICA [3]  1/3 3/6 29/8
amount [1]  16/5
another [1]  21/18
answer [2]  4/21 20/9
any [33]
anybody [1]  19/17
anyone [3]  9/13 18/25 26/19
anything [7]  5/2 6/2

**A**

anything... [5] 6/2 13/17 17/5 17/25 28/1
appeal [9] 12/18 18/18 23/4 23/10 23/13 23/16 23/18 23/20 23/22
appeals [2] 18/20 23/23
appear [1] 19/11
appearances [2] 1/25 3/8
appears [2] 9/5 19/14
applicable [3] 17/13 21/8 23/12
apply [2] 17/9 17/20
are [33]
ARROYAVE [3] 2/9 2/9 3/15
as [13] 3/15 7/1 7/4 10/21 13/1 13/22 14/5 14/8 15/21 16/2 17/17 18/5 25/18
ask [9] 4/20 5/12 7/22 8/12 18/1 18/20 24/16 25/13 25/14
asked [2] 10/4 10/7

asking [2] 6/14 7/23
assessment [1] 15/16
assets [2] 22/21 22/23
assigned [1] 8/18
assist [2] 8/7 17/18
assistance [4] 10/17 21/25 22/5 22/7
Assistant [1] 2/3
assurances [3] 26/23 27/2 27/9
attendance [2] 11/17 12/13
attorney [4] 2/3 9/5 10/18 21/20
attorneys [15] 5/5 7/23 9/11 9/22 9/24 10/3 10/6 10/11 17/25 17/25 18/3 18/24 20/6 20/9 22/14
audio [1] 1/24
authority [3] 8/21 18/14 18/16
Avenue [1] 2/14
aware [3] 27/1 27/8 27/17

**B**

B1 [1] 23/1
BAEZA [9] 2/2 3/9

8/11 14/24 16/7 24/18 27/1 27/4 28/2
based [1] 18/21
basis [4] 4/18 24/16 25/23 27/20
be [40]
because [5] 4/6 12/20 13/6 15/25 26/16
been [5] 7/8 8/4 8/7 15/5 25/7
before [11] 1/13 4/15 11/4 11/5 17/23 19/18 20/6 20/10 24/16 25/14 26/7
begin [2] 6/13 21/2
beginning [1] 25/3
behalf [2] 3/13 3/15
behavior [2] 16/22 24/13
being [1] 4/3
believe [1] 18/21
believes [1] 25/5
bench [1] 9/4
benefit [2] 13/8 19/24
best [1] 7/11
between [1] 12/7
beyond [3] 11/7 14/5 25/5

## B

both [3] 3/16 9/5 19/24
bottom [1] 19/11
bound [5] 18/13 19/1 20/16 22/13 22/16
Box [1] 2/7
break [1] 5/8
burden [2] 11/6 14/17

## C

calculate [1] 17/13
calculating [1] 23/11
Calderon [3] 3/4 3/19 5/12
call [1] 3/4
called [1] 3/2
can [22] 4/15 6/2 6/19 8/22 10/19 11/4 11/5 18/1 18/3 21/3 21/10 21/25 22/21 22/25 23/5 23/7 23/10 23/16 23/18 23/20 23/22 24/8
cannot [1] 11/21
capable [1] 27/17
carefully [1] 10/16
case [11] 1/5 3/4

12/19 17/10 17/20 25/6 27/16
certain [6] 13/1 13/5 13/8 15/17 16/22 20/20
CERTIFICATE [1] 29/3
certify [1] 29/5
challenge [5] 6/9 12/15 12/18 21/21 22/9
change [2] 18/1 18/2
charge [8] 4/15 12/5 12/6 13/20 24/6 24/11 26/2 27/18
charged [3] 14/8 14/16 15/5
charges [4] 13/23 24/7 24/9 24/10
choice [1] 11/19
choose [2] 11/18 11/20
citizen [1] 13/10
citizenship [1] 13/11
civil [1] 13/1
clearly [1] 7/14
Clerk [2] 3/23 5/17
client [3] 8/5 24/24

client's [1] 8/2
cocaine [3] 13/25 14/14 16/5
Code [1] 29/6
coerce [2] 9/14 26/19
colloquy [2] 27/5 27/12
come [3] 11/11 11/16 11/17
communicate [1] 8/5
community [1] 15/21
compel [1] 11/17
competency [3] 6/14 8/2 8/13
competent [3] 8/16 11/7 27/16
Complies [2] 5/16 5/24
compulsory [1] 12/12
computer [1] 1/24
computer-aided [1] 1/24
concerns [1] 8/2
concluded [1] 28/9
conduct [1] 21/7
conducting [1] 16/24

# C

Conference [1] 29/8
confession [1] 12/16
conformance [1] 29/7
confront [1] 11/12
confrontation [1] 12/11
consent [6] 8/22 8/24 9/4 9/6 9/14 9/18
consequences [3] 13/13 26/3 27/18
consider [3] 18/10 21/17 22/3
considered [1] 21/7
conspiracy [1] 13/23
conspired [1] 16/3
constitutes [1] 22/7
Constitution [2] 10/24 23/21
consulting [1] 9/11
containing [1] 16/5
continue [5] 8/16 9/19 10/22 10/23 25/23
continues [1] 10/20
continuing [1] 25/3
convict [1] 12/3

convicted [3] 13/9 23/9
conviction [2] 6/10 13/4
copy [3] 19/7 19/23 20/2
Coral [1] 2/10
correct [4] 20/1 25/8 25/11 29/6
could [2] 11/16 16/24
Counsel [1] 3/8
Count [11] 4/7 11/25 12/5 13/22 13/23 14/17 14/25 15/5 15/12 24/6 26/10
Count One [1] 11/25
court [23] 1/1 2/14 3/2 4/15 8/15 11/16 12/18 15/17 15/20 16/20 16/24 18/20 18/20 23/6 25/22 26/7 27/16 28/1 29/1 29/4 29/5 29/11 29/12
courtroom [2] 1/24 11/11
cr [2] 1/5 3/7
crime [1] 13/7
criminal [3] 3/6

cross [2] 11/13 12/11
cross-examine [1] 11/13
currently [1] 7/12

# D

Dan [1] 3/9
DANIEL [4] 2/2 2/6 2/6 3/13
Date [1] 29/13
December [1] 1/5
decide [1] 22/7
decides [1] 8/25
deciding [1] 17/18
decision [7] 9/10 9/14 10/15 11/21 21/19 21/21 26/20
decisions [1] 22/9
deems [1] 22/5
defendant [14] 1/8 2/6 3/13 3/15 5/13 5/17 8/12 13/9 14/10 15/18 15/20 23/9 24/20 27/2
defendant's [1] 21/8
defense [3] 8/8 12/13 27/11
denied [2] 13/10 13/11
denies [1] 12/6

# D

**departures** [1]
 18/11
**Deputy** [2]  3/23
 5/17
**Deputy Clerk** [1]
 3/23
**detectable** [1]  16/5
**determination** [3]
 4/19 17/14 21/7
**determine** [1]  6/14
**determined** [1]
 14/22
**determines** [1]
 23/17
**determining** [2]
 17/12 18/9
**did** [11]  6/17 9/10
 9/13 14/24 16/7
 16/11 19/17 19/20
 20/5 20/9 26/19
**difference** [1]  12/7
**different** [1]  18/24
**digital** [1]  1/24
**disagree** [1]  17/25
**discretion** [1]  22/6
**discuss** [1]  5/1
**discussed** [2]  9/24
 25/25
**disease** [2]  7/9 7/12
**dismiss** [1]  24/6
**dismissal** [1]  24/9

**distribute** [6]  13/24
 13/24 14/13 14/13
 16/3 16/4
**DISTRICT** [26]
 1/1 1/1 8/18 8/22
 8/25 12/2 17/12
 17/14 17/23 18/4
 18/10 18/13 18/19
 18/23 22/13 23/11
 23/17 24/8 24/10
 27/22 29/1 29/2
 29/5 29/5 29/12
 29/12
**DIVISION** [2]  1/2
 29/13
**do** [46]
**does** [2]  18/6 22/15
**doesn't** [1]  21/14
**doing** [2]  4/16 7/15
**done** [3]  10/3 10/6
 10/22
**doubt** [3]  11/8 14/5
 25/5
**Douglas** [1]  2/10
**downward** [3]
 21/13 21/18 22/3
**drug** [1]  13/7
**drugs** [1]  7/5
**during** [1]  5/6

# E

**each** [2]  19/11
 27/21

**effectively** [1]  8/4
**eight** [1]  6/16
**Eighth** [1]  23/21
**either** [2]  20/22
 22/14
**element** [2]  14/16
 14/23
**elements** [4]  14/4
 14/24 15/7 27/21
**else** [1]  18/25
**emotional** [2]  7/9
 7/12
**emphasize** [1]
 22/12
**English** [3]  6/19
 6/21 19/17
**enhancement** [1]
 21/6
**entering** [2]  13/22
 27/17
**entire** [1]  20/17
**entirely** [1]  11/20
**entitled** [1]  29/7
**ESQ** [3]  2/2 2/6 2/9
**essential** [1]  27/21
**established** [1]  16/1
**establishing** [1]
 14/17
**estimated** [1]  18/24
**ever** [1]  7/8
**every** [3]  10/18
 20/13 20/14

## E

everyone [1] 3/3
everything [4] 5/1 10/3 10/7 25/25
evidence [4] 9/21 11/7 11/15 12/16
examination [1] 12/12
examine [1] 11/13
exceeds [2] 23/16 23/18
except [1] 23/14
exceptions [1] 23/15
expect [1] 19/1
explain [3] 5/3 16/18 20/23
explains [1] 21/19

## F

face [2] 15/11 16/15
fact [2] 26/17 27/20
factors [1] 18/11
facts [10] 9/21 15/25 16/2 17/19 25/4 25/7 25/10 25/14 25/15 25/18
factual [3] 4/18 24/16 25/23
false [1] 6/4
far [3] 6/17 13/17 17/5

FCRR [2] 1/14 29/11
Federal [1] 13/8
felony [2] 13/1 13/4
file [2] 21/19 22/8
find [3] 4/16 9/17 12/2
finding [1] 27/15
finds [3] 8/15 24/11 25/22
fine [1] 15/14
firearms [1] 13/3
First [2] 14/7 23/16
five [6] 13/24 14/13 15/15 16/4 21/11 22/1
FLORIDA [10] 1/1 1/6 2/4 2/7 2/10 2/14 2/15 29/2 29/5 29/12
FLYNN [1] 1/13
following [3] 10/24 15/25 23/14
follows [2] 14/6 16/2
force [2] 9/13 26/19
foregoing [1] 29/6
forfeit [1] 22/22
forfeiture [2] 22/20 22/24
form [1] 9/4
format [1] 29/7

for [3] 15/21 25/4 25/19
found [7] 11/6 21/4 21/10 21/25 22/21 23/1 23/5
four [2] 21/4 23/14
Fourth [1] 23/22
freely [4] 4/17 9/18 24/2 26/13
front [1] 11/11
fully [6] 10/9 12/22 13/13 20/13 25/24 27/16
further [1] 28/1
future [1] 13/12

## G

Gables [1] 2/10
Gabriela [2] 2/12 4/1
GARCIA [24] 1/7 3/6 3/17 4/5 4/11 4/25 5/14 5/21 5/25 8/16 8/17 9/20 10/13 13/16 15/4 16/14 17/7 20/1 22/12 25/1 25/24 26/9 27/15 28/7
give [5] 5/8 11/25 12/11 12/14 17/19
given [4] 18/25 26/23 27/2 27/9
giving [3] 12/23

**G**

giving... [2] 23/24 26/1

go [11] 6/17 10/14 13/19 15/10 17/8 19/5 20/19 20/21 24/15 24/19 24/24

going [19] 4/20 4/21 5/12 6/13 10/14 13/19 15/10 16/17 17/8 19/5 20/19 21/2 21/9 21/24 22/20 22/25 23/4 24/15 25/13

GOMEZ [23] 1/7 3/6 3/17 4/5 4/11 4/25 5/21 5/25 8/16 8/17 9/20 10/13 13/16 15/4 16/14 17/7 20/1 22/12 25/1 25/24 26/9 27/15 28/7

GOMEZ-GARCIA [3] 1/7 3/6 5/21

gone [2] 13/17 17/5

good [7] 3/3 3/9 3/12 3/14 3/16 3/17 3/18

government [9] 2/2 8/12 12/12 12/15 14/5 14/17 23/23 25/4 27/4

ground [2] 23/10 23/14

guideline [4] 17/13 18/14 21/8 23/17

Guidelines [10] 17/9 17/20 18/11 18/15 18/22 21/14 21/18 22/3 23/12 26/3

guilt [2] 11/3 11/7

guilty [43]

**H**

had [3] 9/20 19/23 20/10

hand [2] 3/22 5/15

happens [1] 19/1

happy [1] 20/24

has [8] 8/7 8/9 12/18 14/17 17/15 18/14 18/16 23/6

have [40]

he [2] 8/7 8/9

he's [1] 19/23

headset [1] 4/12

hear [2] 4/12 11/13

hearing [5] 1/12 5/6 7/19 7/24 16/24

held [1] 11/21

here [15] 4/3 4/6 4/20 5/2 7/2 7/4 8/23 19/8 20/22 21/5 22/22 23/2

HERNANDEZ [12] 2/6 2/6 3/13 7/18 8/1 15/2 16/9 16/9 19/25 24/22 27/8 28/4

high [1] 6/18

higher [2] 18/20 18/25

him [2] 19/22 19/23

his [4] 7/21 8/7 8/13 23/10

history [1] 17/22

hold [1] 13/2

Honor [75]

HONORABLE [1] 1/13

how [4] 6/15 6/17 17/10 26/10

Howard [4] 2/14 29/4 29/10 29/11

HUGO [3] 1/7 3/6 5/21

**I**

I'd [1] 20/23

I'll [3] 5/8 7/22 7/25

I'm [21] 4/20 4/21 5/12 6/13 7/22 7/23 8/17 10/13 13/19 15/10 16/17 17/7 19/5 20/19 21/2 21/9 21/24 22/20

# I

I'm... [3]  22/25 23/4 25/13
ii [1]  14/3
immediately [1] 22/23
important [2]  5/1 6/2
impose [2]  18/14 18/16
imposed [2]  15/25 27/25
imposes [3]  9/2 18/19 18/23
imprisonment [6] 15/13 15/14 15/24 15/24 16/20 17/1
inaudible [1]  7/15
include [1]  16/22
including [4]  9/25 17/22 23/10 25/25
inclusive [1]  29/7
independent [1] 27/20
indicating [2]  9/6 21/15
indictment [6]  4/7 12/5 13/22 14/9 24/7 26/10
influence [1]  7/5
information [2] 17/21 21/15

informed [2]  10/13 27/17
initials [1]  19/10
innocent [2]  11/5 11/9
intend [2]  4/6 4/9
intent [3]  13/24 14/13 16/4
interpreter [5]  2/12 3/20 3/23 4/12 7/2
intimidate [2]  9/14 26/20
Investigation [1] 17/16
involves [2]  24/5 24/9
is [34]
issue [1]  11/16
it [24]  4/25 5/3 7/25 8/25 14/11 17/19 17/24 18/25 19/2 19/17 19/18 20/1 20/7 20/11 21/14 22/17 23/16 23/18 23/20 24/13 25/4 25/5 27/6 27/15
it's [2]  4/5 4/14
its [1]  22/6

# J

joined [1]  14/11
Jones [4]  2/14 29/4 29/10 29/11

JUDGE [26]  1/13 8/18 8/19 8/20 8/20 8/22 8/25 9/3 12/2 14/22 17/13 17/14 17/18 17/19 17/23 18/4 18/10 18/13 18/19 18/23 22/13 23/11 23/17 24/8 24/11 27/22
judgment [1]  6/9
Judicial [1]  29/8
juries [1]  13/2
jurisdiction [6] 14/1 14/15 14/18 14/21 16/6 23/7
jurors [1]  11/3
jury [3]  11/2 11/3 14/23
just [6]  5/7 5/25 7/23 12/1 18/5 19/21
justice [2]  21/3 21/6

# K

keeping [1]  13/5
kilograms [3]  13/25 14/14 16/4
kind [1]  26/23
knew [1]  14/10
know [3]  5/3 5/7 20/23
knowing [1]  27/19
knowingly [2]  4/17

## K

knowingly... [1] 9/18
knowledge [1] 7/11
known [1] 17/17

## L

language [1] 6/24
last [1] 19/14
later [1] 21/14
law [3] 2/9 14/22 18/17
laws [1] 10/24
lead [2] 7/19 7/24
least [1] 15/15
leave [1] 6/2
less [1] 18/15
lesser [1] 8/20
let [4] 5/3 5/7 20/23 24/16
level [6] 21/6 21/13 21/14 21/18 21/19 22/4
licenses [1] 13/5
life [3] 15/14 15/16 15/24
like [7] 5/7 8/12 9/8 20/23 24/19 24/23 25/15
listed [1] 18/12
listen [1] 10/15
Loncar [3] 2/12 4/1

lose [3] 12/17 13/1 13/7
low [1] 18/21

## M

made [3] 9/18 12/19 23/11
MAGISTRATE [3] 1/13 8/17 8/20
make [12] 3/8 4/19 6/8 9/10 10/14 11/17 15/18 15/20 17/10 17/14 22/15 23/2
making [3] 6/4 10/15 24/2
mandatory [1] 15/13
MARIO [1] 2/6
Mary [1] 8/19
matter [2] 3/5 29/7
maximum [4] 15/24 18/17 23/8 23/19
may [13] 5/5 5/22 6/8 12/17 13/1 13/4 13/7 13/10 15/20 15/24 18/18 18/20 18/25
me [15] 4/19 5/3 5/7 8/12 8/23 8/25 9/4 9/7 9/15 20/23

24/24 25/15
means [1] 18/19
medication [1] 7/6
mental [2] 7/9 7/12
MIDDLE [4] 1/1 29/2 29/5 29/12
might [2] 18/23 18/25
million [1] 15/15
minimum [3] 15/13 15/23 22/4
miscalculation [1] 18/22
mistake [1] 23/11
mixture [1] 16/4
moment [3] 16/18 24/15 25/13
more [6] 13/25 14/7 14/14 16/4 18/15 25/16
motion [2] 21/20 22/8
moving [2] 21/17 22/3
Mr. [40]
Mr. Baeza [7] 8/11 14/24 16/7 24/18 27/1 27/4 28/2
Mr. Calderon [3] 3/4 3/19 5/12
Mr. Garcia [1]

## M

Mr. Garcia... [1] 5/14

Mr. Gomez-Garcia [20] 3/17 4/5 4/11 4/25 5/25 8/16 8/17 9/20 10/13 13/16 15/4 16/14 17/7 20/1 22/12 25/1 25/24 26/9 27/15 28/7

Mr. Hernandez [9] 7/18 8/1 15/2 16/9 16/9 19/25 24/22 27/8 28/4

Ms. [1] 4/3

Ms. Loncar [1] 4/3

MSS [2] 1/5 3/7

must [6] 4/16 11/3 11/10 14/5 17/13 18/10

my [2] 4/5 27/22

## N

name [2] 3/25 5/19

narrow [1] 23/15

nature [1] 27/18

NESTOR [3] 1/7 3/6 5/21

next [8] 5/6 12/20 21/9 21/10 21/24 22/20 22/25 23/4

22/21

Ninth [1] 6/18

no [22] 1/5 6/21 7/7 7/10 7/13 7/20 8/14 9/16 12/1 12/20 13/18 17/6 24/21 24/25 25/17 26/8 26/21 26/25 27/3 27/10 28/3 28/5

No. [1] 3/7

No. 8:19-cr-310-MSS-S PF [1] 3/7

not [30]

notes [1] 29/6

now [59]

## O

oath [4] 3/20 4/22 5/13 6/1

object [2] 14/12 18/5

objections [1] 18/3

obstruction [2] 21/3 21/6

obtained [1] 12/15

obtaining [1] 13/5

occupational [1] 13/5

offense [14] 13/6 14/4 14/16 14/23 15/8 15/19 15/21

21/14 21/19 22/4 23/3 23/10 24/13 27/21

offenses [2] 15/17 15/19

office [3] 2/9 13/2 17/15

Officer [2] 18/1 18/2

Official [2] 29/4 29/11

Okay [3] 3/11 3/19 7/25

old [1] 6/15

onboard [1] 13/25

one [15] 4/7 7/23 9/2 10/19 11/25 12/5 13/22 13/23 14/17 14/25 15/5 15/12 21/18 25/16 26/10

one-level [1] 21/18

only [3] 19/22 20/1 24/8

opportunity [4] 5/8 9/20 17/24 20/5

option [1] 9/25

options [1] 9/25

order [4] 3/2 4/19 15/18 15/20

orders [1] 11/17

ordinarily [1] 23/9

# O

**OSCAR [3]** 2/9 2/9 3/14
**other [10]** 8/11 15/19 24/7 24/10 24/18 24/22 26/22 26/23 27/1 27/8
**out [1]** 6/2
**over [12]** 10/14 13/17 13/20 15/11 17/5 17/8 19/6 20/20 20/21 24/15 24/19 24/24
**own [4]** 8/8 11/14 11/15 13/2

# P

**P.A [1]** 2/6
**p.m [1]** 1/6
**P.O [1]** 2/7
**PA [1]** 2/9
**page [14]** 19/11 19/14 20/14 21/4 21/10 21/10 21/25 22/21 23/1 23/5 25/2 25/3 25/3 29/7
**page 15 [1]** 23/5
**page 18 [2]** 25/2 25/3
**pages [2]** 25/19 29/7
**pages 18 [1]** 25/19

**paragraph [8]** 21/11 21/12 22/1 22/2 22/21 23/1 23/5
**part [2]** 16/19 20/21
**participate [1]** 13/8
**parties [1]** 21/5
**parts [3]** 20/20 24/18 24/23
**penalties [5]** 15/11 16/7 16/11 16/15 26/2
**people [2]** 11/2 14/7
**perjury [1]** 6/3
**personal [1]** 17/21
**place [1]** 16/21
**Plaintiff [1]** 1/4
**plan [3]** 14/8 14/11 14/12
**plea [46]**
**plead [8]** 4/7 4/15 10/20 10/21 11/24 24/11 26/10 26/20
**pleading [12]** 12/7 12/10 12/14 12/17 12/23 12/25 13/6 13/14 13/20 26/1 26/13 26/16
**please [13]** 3/4 3/8 3/19 3/21 3/25 5/3 5/13 5/14 5/19 10/5

**point [1]** 25/25
**portions [1]** 22/24
**possess [4]** 13/3 13/24 14/13 16/3
**possible [1]** 18/10
**potential [2]** 26/2 26/3
**preliminary [1]** 14/21
**prepared [1]** 17/15
**present [2]** 11/14 11/15
**Presentence [1]** 17/16
**presumed [1]** 11/5
**prevent [1]** 13/4
**previously [2]** 10/22 25/7
**primary [1]** 6/24
**private [1]** 5/7
**Probation [3]** 17/15 18/1 18/2
**proceed [1]** 25/6
**proceeding [3]** 6/8 7/16 12/21
**proceedings [3]** 1/24 10/19 28/9
**process [3]** 12/13 17/8 17/11
**programs [1]** 13/8
**promises [3]** 26/22

**P**

promises... [2]  27/2 27/8
proof [1]  11/6
property [1]  22/24
prosecution [2]  6/3 18/6
prosecutor [1] 24/17
prove [4]  11/7 11/8 14/5 25/5
provide [2]  17/21 22/5
provided [2]  19/23 20/2
provision [1]  21/3
PSR [1]  17/17
public [2]  11/1 13/2
punishable [1] 15/13
purpose [3]  14/10 17/17 24/14
pursuant [2]  4/7 29/5
pursue [2]  24/7 24/10

**Q**

question [4]  11/13 14/21 20/22 25/15
questions [10]  4/20 4/22 6/14 7/20 7/24

8/11 13/17 17/4 20/10 26/7

**R**

raise [2]  3/22 5/15
range [6]  17/14 18/10 18/14 21/8 23/12 23/17
rather [1]  14/22
RDR [1]  2/14
read [5]  6/19 19/17 20/2 25/7 25/15
reasonable [3]  11/8 14/5 25/5
receive [2]  21/13 21/14
received [1]  10/10
recommend [3] 18/16 21/13 27/23
recommendation [2]  21/16 22/16
recommendations [1]  22/14
record [2]  5/20 19/22
recording [1]  1/24
reflects [1]  24/12
refuses [1]  18/2
regarding [5]  8/2 8/12 9/14 20/10 26/20
regulations [1]  29/8
release [5]  15/15

16/18 16/21 16/24 16/25
relevant [1]  21/7
remaining [1] 24/11
removed [1]  13/10
repeat [1]  10/5
report [8]  17/16 17/17 17/23 18/1 18/2 18/3 18/6 27/22
Reporter [4]  2/14 29/3 29/4 29/11
representation [1] 10/10
require [1]  4/21
reserves [1]  22/6
respect [3]  15/17 15/19 26/10
responsibility [1] 21/10
restitution [4] 15/18 15/20 22/25 23/2
restrictions [2] 16/22 16/23
rests [1]  21/20
reverse [1]  18/20
review [3]  9/21 17/24 20/6
revoke [1]  16/24
right [47]

## R

rights [9]  10/14 10/24 11/22 11/25 12/22 12/23 13/1 26/1 26/1
RMR [1]  2/14
Road [1]  2/10
RPR [1]  29/11
rulings [1]  12/18

## S

satisfied [3]  10/9 27/4 27/11
satisfies [1]  27/20
say [2]  5/2 6/2
school [2]  6/17 6/18
Scriven [1]  8/19
SEAN [1]  1/13
seated [2]  5/6 5/23
second [3]  7/22 14/10 23/18
section [4]  14/3 18/12 20/21 29/5
sections [4]  14/2 20/20 24/18 24/23
see [1]  11/12
sees [1]  17/23
sentence [24]  6/10 9/2 15/23 15/24 16/19 16/25 17/12 17/18 18/9 18/14 18/16 18/18 18/21

18/23 18/24 23/4 23/7 23/10 23/14 23/16 23/18 23/20 23/22 27/24
sentences [1]  9/3
sentencing [13] 12/21 17/8 17/9 17/11 17/13 17/18 17/20 18/11 18/21 22/14 23/12 24/14 26/3
separate [1]  6/3
seriousness [1] 24/12
serve [2]  13/2 16/20
set [2]  15/21 25/18
sets [1]  25/4
seven [1]  23/5
severe [2]  18/15 18/15
shall [2]  15/18 21/6
shared [1]  14/8
she [5]  9/1 9/2 18/14 18/16 22/15
should [2]  7/24 25/5
signature [1]  19/13
signed [4]  9/5 19/18 20/7 20/11
sir [56]
sit [1]  7/4
six [1]  21/4

10/15 13/17 13/19 17/5 18/6 19/23 20/24 24/16
solely [1]  21/20
some [5]  4/20 6/14 14/7 17/21 24/9
sorry [1]  7/22
Spanish [9]  6/22 6/24 7/1 19/17 19/23 20/2 20/3 25/8 25/11
speak [2]  5/5 5/7
special [1]  15/16
speed [1]  11/1
SPF [2]  1/5 3/7
spoken [1]  7/2
stage [1]  10/18
stand [2]  3/21 5/14
state [6]  3/25 5/19 14/24 16/7 16/11 19/21
statement [2]  6/4 12/16
statements [1]  6/7
STATES [36]
statutory [4]  22/4 23/7 23/19 24/14
stenographic [1] 29/6
still [3]  8/25 19/1 22/16

**S**

stipulate [1]  21/5
Street [1]  2/3
subject [7]  13/25
 14/14 14/18 14/18
 14/20 16/6 22/24
submitted [1]  14/23
substance [1]  16/5
substantial [3]
 21/25 22/6 22/7
such [4]  13/1 21/15
 21/19 22/8
suffered [1]  7/9
suffering [1]  7/12
sufficient [1]  11/7
Suite [3]  2/3 2/10
 2/14
supervised [5]
 15/15 16/18 16/21
 16/23 16/25
supported [1]
 27/20
sure [3]  10/6 10/14
 17/10
swear [1]  5/18
sworn [2]  3/23 5/17

**T**

take [6]  5/8 9/25
 16/17 18/3 26/7
 28/1
taken [6]  5/25 8/22

taking [3]  6/9 7/19
 7/23
TAMPA [7]  1/2 1/6
 2/3 2/4 2/7 2/15
 29/13
tell [2]  6/1 6/1
ten [3]  15/14 15/23
 22/1
term [5]  15/13
 15/15 16/20 16/21
 17/1
testify [4]  11/11
 11/19 11/19 11/20
than [4]  14/22
 18/15 18/25 26/23
thank [10]  4/2 4/3
 5/11 5/22 8/10
 19/25 27/7 27/14
 28/6 28/7
that [87]
their [1]  11/17
them [5]  5/7 10/4
 10/7 11/13 11/17
there [8]  8/11 12/1
 12/20 24/18 24/22
 25/22 26/22 28/1
there's [3]  4/17 5/2
 20/21
therefore [2]  9/19
 27/23
thereof [1]  22/24

these [2]  10/18
 11/22
they [2]  18/21
 25/20
Third [2]  14/12
 23/20
Thirty [1]  6/16
Thirty-eight [1]
 6/16
this [22]  4/15 4/20
 5/6 5/12 7/15 7/19
 7/24 8/23 9/21
 10/19 12/25 17/14
 17/17 17/23 19/16
 20/6 20/10 20/14
 24/2 25/25 27/16
 28/2
those [11]  4/21
 11/12 16/2 16/23
 19/10 22/9 25/7
 25/10 25/14 25/15
 26/24
threaten [2]  9/13
 26/19
through [2]  25/19
 29/7
time [4]  5/6 5/12
 25/16 28/2
Title [1]  29/5
today [6]  4/6 5/2
 7/2 7/5 19/8 20/22
told [1]  12/1

# T

too [1]  18/21
transcribed [2]  1/24 25/10
transcript [3]  1/12 29/3 29/7
transcription [2]  1/25 29/6
transcriptionist [1]  1/24
translated [2]  19/22 20/3
treated [1]  7/8
trial [12]  10/1 10/18 11/1 11/10 11/19 11/25 12/1 12/11 12/13 12/20 14/22 25/6
tried [2]  11/2 11/2
true [3]  25/14 25/20 29/6
truth [3]  6/1 6/1 12/4
turn [1]  25/2
two [4]  14/7 21/6 21/13 24/6
two-level [2]  21/6 21/13

# U

U.S [1]  2/3
U.S.C [3]  14/2 14/3

unanimously [1]  11/3
under [4]  4/22 7/5 10/24 18/11
undermine [1]  24/14
undersigned [1]  29/6
understand [45]
understanding [1]  4/6
UNITED [36]
unlawful [3]  14/8 14/10 14/12
unwarranted [1]  21/16
up [14]  11/20 11/25 12/11 12/14 12/23 15/14 15/14 15/16 18/16 23/7 23/24 25/25 26/1 28/1
used [2]  6/3 6/8
using [1]  1/24

# V

verbally [1]  19/22
very [1]  4/25
vessel [5]  13/25 14/14 14/18 14/20 16/6
via [1]  1/24
victims [3]  15/18

violate [1]  16/23
violates [1]  23/20
violation [1]  14/1
voluntarily [6]  4/17 9/18 11/16 22/23 24/3 26/14
voluntary [1]  27/19
vote [1]  13/2
vs [2]  1/5 3/6

# W

waive [3]  11/25 12/10 12/14
waiver [3]  9/17 23/5 24/2
waiving [1]  23/13
want [3]  17/10 19/21 22/12
was [4]  14/12 14/18 20/1 20/3
way [2]  12/15 14/7
we [3]  5/1 19/22 19/23
we'll [1]  5/8
we're [2]  24/15 28/8
we've [3]  13/17 17/5 25/25
well [1]  3/15
were [4]  20/2 25/10 26/22 26/23
what [8]  4/9 7/15

**W**

what... [6]  9/8 15/5 17/18 17/20 22/7 23/24
what's [1]  18/5
when [1]  23/11
where [1]  7/14
whether [8]  9/1 10/19 10/20 11/18 14/20 17/22 22/8 25/14
which [17]  7/23 12/15 12/18 13/6 13/20 14/4 16/18 16/21 21/3 21/10 21/25 22/21 22/25 23/5 24/11 25/4 27/20
while [2]  13/25 16/23
who [5]  5/5 8/25 9/2 9/3 13/9
will [26]  5/3 8/16 8/25 9/2 9/2 9/19 11/16 11/25 12/1 12/2 12/20 13/20 15/25 16/18 16/21 17/14 17/19 17/24 19/1 19/2 21/21 22/8 22/16 22/17 24/13 25/23
willfully [1]  14/11
willing [1]  20/16
wish [1]  9/6
withdraw [2]  19/2 22/17
witnesses [6]  11/10 11/12 11/15 11/16 12/12 12/13
word [1]  20/14
works [1]  17/11
would [15]  3/4 3/19 3/21 8/12 9/8 10/5 11/19 12/21 16/21 24/19 24/23 25/1 25/5 25/15 27/22
written [1]  19/17

**Y**

years [3]  15/14 15/16 15/23
Yes [52]
you [198]
you'd [4]  5/7 12/23 20/22 26/1
you'll [1]  13/21
you're [6]  4/16 7/15 10/15 11/2 23/24 27/17
you've [6]  5/25 10/4 10/7 10/10 10/21 15/5
your [176]